479 A.2d 1130

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal
Denied Nov. 29, 1984.

Submitted May 10, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

479 A.2d 1131

Commonwealth v. Schaberl, Appellant.

Argued June 20, 1984. Thomas J. Bonavita, for appellant; Richard A. Herman, Jr., District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.